961 F.2d 207
 Brown (Donald J., M.D., M.S.)
v.
Our Lady of Lourdes Med. Center, Bd. of Trustees, Exec.
Committee, Dr. Lorenzo, Brea (J.), Noone (Thomas), Keeley
(Francis), Armstrong (James), Fendrick (Gerald), Nissenbaum
(Gerald), Makos (James), Rappoport (Mr.), Capelli (John P.),
Harkins (Michael), Manuele (Victor), Zechowy (Allen),
Sokolowski (Joseph), Makris (Slex), Kozielski (Joseph),
Joynes (Robert), Ad Hoc Committee, Balasundarum (Appiah,
Dr.), Collier (James)
 NO. 91-5674
 United States Court of Appeals,
Third Circuit.
 Mar 31, 1992
 
 Appeal From: D.N.J.,
 Brotman, J.,
 
 767 F.Supp. 618
 
 1
 AFFIRMED.